IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wesley, Gregory V

Printed: 10/22/08

Case Number: 08 B 17282
Judge: Goldgar, A. Benjamin
Filed: 7/3/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 9, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Indymac Bank | Secured | 0.00 | 0.00 |
| 2. | Indymac Bank | Secured | 0.00 | 0.00 |
| 3. | Indymac Bank | Secured | 0.00 | 0.00 |
| 4. | Bronzville Lofts | Secured | 17,698.00 | 0.00 |
| 5. | Indymac Bank | Secured | 37,335.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 408.96 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 590.00 | 0.00 |
| 8. | American Express Centurion | Unsecured | 5,667.77 | 0.00 |
| 9. | American Express Centurion | Unsecured | 1,960.24 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 165.63 | 0.00 |
| 11. | Hc Processing Center | Unsecured | 299.14 | 0.00 |
| 12. | Wells Fargo Financial Illinois Inc | Unsecured | 895.78 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 14,479.08 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 2,466.05 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 998.00 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,126.04 | 0.00 |
| 17. | B-Real LLC | Unsecured | 5,263.48 | 0.00 |
| 18. | Discover Financial Services | Unsecured | 13,187.21 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 10,324.39 | 0.00 |
| 20. | BMW Financial Services | Secured |  | No Claim Filed |
| 21. | Chase | Unsecured |  | No Claim Filed |
| 22. | Citi Cards | Unsecured |  | No Claim Filed |
| 23. | BMW Financial Services | Unsecured |  | No Claim Filed |
| 24. | HSBC | Unsecured |  | No Claim Filed |
| 25. | DSNB | Unsecured |  | No Claim Filed |
|  |  |  | $ 112,864.77 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Wesley, Gregory V

Printed: 10/22/08

Case Number:  08 B 17282
Judge:  Goldgar, A. Benjamin
Filed:  7/3/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

